FILED BY ⟨/⟩ D.C.

05 OCT 18 AM 6:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ᴇᴍᴘʜɪs

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CARRIE STELLA,

    Plaintiff,

v.

MEMPHIS OBSTETRICS AND
GYNECOLOGICAL ASSOCIATION, P.C.,

    Defendant.

Case No.: 03-2757 D

## ORDER DENYING MOTION FOR NEW TRIAL

Before the court is Plaintiff's motion for new trial. Defendant has filed a motion in opposition to the motion for new trial. After considering the motion, response and the entire record, the court finds that cause does not exist for relief.

Accordingly, Plaintiff's motion for new trial is DENIED.

**IT IS SO ORDERED** this _17th_ day of _October_, 2005.

                              BERNICE BOUIE DONALD
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-18-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:03-CV-02757 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Victoria Smith Rowe
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

William B. Raiford
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

William D. Domico
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT